UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDANA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. E. SPEARMAN, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-0916 KJM CKD P<br><br><br><br>ORDER |

　　　　Plaintiff has filed a motion for extension of time to file objections to the court's April 14, 2020, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for an extension of time (ECF No. 18) is granted; and

　　　　2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations.

Dated:  May 7, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/kly
sald0916.36(2)